**Opinion issued October 15, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00086-CV

———————————

## IN RE AJ DRILLING AND AUSTIN CHARLTON, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, AJ Drilling and Austin Charlton, challenge the trial court's January 13, 2019 order striking their jury demand and setting the case on the non-jury docket in the underlying proceedings.[1] We deny the petition and lift the stay imposed by our March 1, 2019 order. We dismiss any pending motions as moot.

---

[1] The underlying case is *BAUER-Pileco Inc. v. AJ Drilling, Inc., et al.*, cause number 2017-23101, pending in the 125th District Court of Harris County, Texas, the Honorable Kyle Carter presiding.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Keyes and Kelly.